## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:**   10-cv-01140-RPM-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   December 6, 2010 | **Courtroom Deputy:**   Linda Kahoe |

DIRECTV, INC.,                                                                Julie Cohen Lonstein

    Plaintiff,

    v.

ARTHUR LEE CARTER, *et al.,*                                      Charles Bradley Sutton

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:**       10:44 a.m.
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:**   A Scheduling Conference is set for Thursday, **JANUARY 13, 2011 at 8:30 a.m.**
*(All counsel must be physically present for the Scheduling Conference.)*
A Proposed Scheduling Order is due by **5:00 p.m. on JANUARY 6, 2011.**
The parties shall hold a Rule 26(f) conference no later than **JANUARY 4, 2011.**
Rule 26(a) disclosures must be served no later than **JANUARY 5, 2011.**

Discussion regarding MT Group's Motion for Leave to File Amended Answer and Cross-Claim Against Defendant Stahl, doc #[35], filed 11/8/2010.

The court suggests that MT Group re-style the document as a Third-Party claim.  Ms. Lonstein states no objection.

**ORDERED:**   MT Group's Motion for Leave to File Amended Answer and Cross-Claim Against Defendant Stahl, doc #[35], is **DENIED WITHOUT PREJUDICE** to MT Group's desire to file a Third-Party claim against Defendant Stahl.

The court states that Defendant Carter's Motion to Dismiss, doc #[37], has not been referred.

HEARING CONCLUDED.
**Court in recess:**       10:56 a.m.
Total time in court:      00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.