IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-01140-RPM-CBS

DIRECTV, INC., a California corporation,

       Plaintiff,

v.

ARTHUR LEE CARTER,
Individually, and as officers, directors, shareholders and/or principals of
MT GROUP, LLC, d/b/a MINER'S TAVERN, a/k/a MINERS TAVERN, and
MT GROUP, LLC, d/b/a MINER'S TAVERN, a/k/a MINERS TAVERN,

       Defendants.

_____

ORDER DENYING CARTER'S MOTION TO DISMISS
_____

On November 12, 2010, the defendant Arthur Lee Carter filed a motion to dismiss pursuant to Rule 12(b)(6) alleging that the amended complaint is insufficient to allege personal liability as to him. As noted in the plaintiff's memorandum of law in opposition to that motion to dismiss, individual liability under the Copyright Act may be based on the individual's authority to control the acts of an infringer.  The amended complaint is sufficient to assert such liability.   It is

ORDERED that the defendant Carter's motion to dismiss is denied.

Dated: December 6th , 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge