IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  10-cv-01140-RPM-CBS

DIRECTV, INC., a California corporation,

     Plaintiff,

v.

ARTHUR LEE CARTER,
Individually, and as officer, director, shareholder and/or principal of
MT GROUP, LLC, d/b/a MINER'S TAVERN, a/k/a MINERS TAVERN,

     Defendant.

_____

ORDER FOR DISMISSAL
_____

     Pursuant to the Stipulation for Patrial Dismissal [45] filed on January 7, 2011, it is

     ORDERED that this action is dismissed as to Defendant Arthur Lee Carter Individually, and as officer, director, shareholder and/or principal of MT Group, LLC, d/b/a Miner's Tavern, a/k/a Miners Tavern, only, with prejudice and without costs to either party.

     Dated: January 10th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge